The Honorable Timothy W. Dore
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 21-11886 |
| MARGARET IENG ) | |
| ) | TRUSTEE'S OBJECTION TO CLAIMS |
| ) | OF EXEMPTION |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

COMES NOW the Chapter 7 trustee, Ronald G. Brown, and objects to all of the debtor's exemptions listed on amended Schedule C filed November 26, 2021, as follows:

1. The debtor filed pro se October 12, 2021. Amended schedules list real properties at 2326 East Wier Avenue and 1804 E. Pueblo Avenue, both in Phoenix, Arizona.

2. The debtor claims an exemption on amended schedules in "100% of fair market value, up to any applicable statutory limit" for both properties. The trustee objects to the exemption claims since the debtor has not claimed a specific monetary value for an exemption claim for the two properties. The schedules and amended schedules do not disclose any secured claims. The trustee is unable to determine the nature of the debtor's interest in the properties and any liens that may affect the debtor's interest in the properties.

3. The trustee further objects to the exemption claims in the two real properties since the amended schedules cite RCW 82.45.010(3)(a) and RCW 82.45.197, which are statutes in the State of Washington and which do not apply to out-of-state properties in Arizona. In addition, the State of Washington statutes by their terms do not apply to an exemption in a real property interest. The

TRUSTEE'S OBJECTION TO CLAIMS OF EXEMPTION - 1

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 968-1717 FACSIMILE

Case 21-11886-TWD    Doc 24    Filed 12/21/21    Ent. 12/21/21 17:40:42    Pg. 1 of 2

1 debtor is attempting to claim an exemption for the two properties for which no exemption is
2 applicable under state law.
3     The trustee's investigation of the debtor's financial circumstances is continuing. The trustee
4 reserves the right to assert any other basis for his objection or otherwise amend this objection as he
5 may determine to be appropriate at a later date.
6     DATED this 21st day of December, 2021.

    /s/ *Ronald G. Brown*
    Ronald G. Brown, Trustee, WSBA #8816

TRUSTEE'S OBJECTION TO CLAIMS OF EXEMPTION - 2

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 968-2170 FACSIMILE

Case 21-11886-TWD    Doc 24    Filed 12/21/21    Ent. 12/21/21 17:40:42    Pg. 2 of 2