**Below is the Order of the Court.**

_____

**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 21-11886 |
| MARGARET IENG ) | |
| ) | ORDER AUTHORIZING |
| ) | ABANDONMENT |
| ) | OF ASSETS AND CLAIMS |
| ) | |
| Debtor. ) | |

THIS MATTER having come forth regularly on the trustee's motion, the court having reviewed the trustee's motion, and the records and files herein, and no objection having been made, now, therefore,

IT IS HEREBY ORDERED that, pursuant to 11 U.S.C. 554(a), the trustee is authorized to abandon ~~abandonment of~~ all scheduled assets, except for three scheduled personal injury claims, including the debtor's not-exempted or partially exempted claims and other non-exempted miscellaneous assets as follows:

1. Claim against Amh4 Rent, Rent Café
2. Chase Bank Settlement
3. Claim against AAA
4. Equipment for sports and hobbies - portable pianos
5. Clothing

ORDER AUTHORIZING ABANDONMENT
OF ASSETS AND CLAIMS - 1

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 968-1740 FACSIMILE

Case 21-11886-TWD    Doc 107    Filed 06/27/23    Ent. 06/27/23 14:14:21    Pg. 1 of 3

| | | |
|---|---|---|
| 1 | 6. | Jewelry |
| 2 | 7. | Claim on personal property (King County Sheriff)[1] |
| 3 | 8. | Claim against Title Max |
| 4 | 9. | Collectibles – Storage West (Redlands, CA) |
| 5 | 10. | Collectibles - U-Haul; diplomas, etc. (Auburn) |
| 6 | 11. | Coin collections in storage (Enumclaw) |
| 7 | 12. | Collectibles - Collections in storage (Enumclaw) |
| 8 | 13. | Collectibles - Storage Books, Pictures (Enumclaw) |
| 9 | 14. | Collectibles - Sacagawea Dollar Coins (13) |
| 10 | 15. | Collectibles - Sacagawea Dollar Coins (7) |
| 11 | 16. | Collectibles - Double Struck Sacagewea (9) |
| 12 | 17. | Collectibles - Sacagawea Dollar Coins (3) |
| 13 | 18. | Collectibles - 1979 Susan B. Anthony coins (17) |
| 14 | 19. | Collectibles - Antique Brooch |
| 15 | 20. | Collectibles - Indian Head Buffalo |
| 16 | 21. | Collectibles (Beanie Babies) |
| 17 | 22. | Collectibles - Patti the Platypus Beanie Baby |
| 18 | 23. | Collectibles - Ty Beanie Baby Halo |
| 19 | 24. | Collectibles - Ty Beanie Baby Gobbles |
| 20 | 25. | Collectibles - Ty Snort (Red Bull) |
| 21 | 26. | Collectibles - Ty Peace (Bear) |
| 22 | 27. | Collectibles - Ty Nana (Monkey) |
| 23 | 28. | Collectibles - Ty Claude (Crab) |
| 24 | 29. | Collectibles - Ty Iggy (Iguana) |
| 25 | 30. | Collectibles - Bags of silver coins |

---

[1] Related to #1; separately listed on schedules

ORDER AUTHORIZING ABANDONMENT
OF ASSETS AND CLAIMS - 2

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 963-2740 FACSIMILE

31. Collectibles - Diplomas, etc. (Redlands)[2]

32. Equipment – Portable Pianos (Enumclaw) (2)

33. Equipment (Elliptical Trainer)

34. Clothing and shoes (Redlands)

35. Jewelry (Storage West)

36. Jewelry (U-Haul, Auburn)

37. Jewelry (Enumclaw storage)

38. BECU checking account

39. BECU savings account

IT IS HEREBY FURTHER ORDERED that this order does not abandon and does not affect three scheduled personal injury claims, including settlements of two of the personal injury claim settlements authorized by a court order entered on March 21, 2023.

// // END OF ORDER // //

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Trustee

---

[2] May be duplicate of #9 ; separately listed on schedules

ORDER AUTHORIZING ABANDONMENT
OF ASSETS AND CLAIMS - 3

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 963-7740 FACSIMILE