**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE  Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARGARET IENG,

Debtor.

Case No. 21-11886-TWD

**ORDER REGARDING EXEMPTION**

THIS MATTER came before the Court on the Trustee's motion challenging an exemption [Docket No. 143] ("Motion"). The Debtor opposed the Motion [Docket No. 152]. The Court has reviewed and considered the Motion, all evidence submitted in support of and in opposition to the Motion, the records and files in this case, and the oral argument held on May 17, 2024. At the conclusion of the hearing on the Motion, the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

ORDER REGARDING EXEMPTION - 1

Now, therefore, it is hereby ORDERED that:

1. The Debtor is allowed an exemption under 11 U.S.C. § 522(d)(11)(D) of $10,000. The balance of the Debtor's claimed exemption under 11 U.S.C. § 522(d)(11)(D) is disallowed.

2. The Trustee shall disburse $10,000 to the Debtor in full satisfaction of her allowed exemption.

/ / / End of Order / / /