Entered on Docket May 31, 2024

**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

1

2

3

4

5

6

_____

7   TIMOTHY W. DORE                                                Chapter 7
    United States Bankruptcy Judge
8   700 Stewart Street, Room 8106
    Seattle, WA 98101
9   (206) 370-5300

10

11                          **UNITED STATES BANKRUPTCY COURT**
                       **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**
12

13      In re:

14                                                   Case No. 21-11886-TWD

15      Margaret Ieng,

                                                     ORDER VACATING ORDER WAIVING FILING
16                          Debtor.                  FEE

17

18          THIS MATTER came before the Court *sua sponte*.  On October 15, 2021, the Court waived the Debtor's

19  filing fee for this case, because the Debtor lacked the funds to pay the filing fee and otherwise met the requirements

20  for a waiver [Docket No. 7] ("Fee Waiver").  The Court subsequently approved the settlement of three personal

21  injury claims [Docket Nos. 84, 139].  The nonexempt portions of the personal injury claim settlements are assets

    of the estate. The Court has reviewed and considered the records and files in the case and finds cause to vacate
22
    the Fee Waiver given the recovery of assets in this case.
23
            Now, therefore, it is hereby ORDERED that the Fee Waiver is vacated.
24
                                        **/// End of Order ///**
25

ORDER VACATING ORDER WAIVING FILING FEE